THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED B. SANDS, Surety, Impleaded with WILLIAM M. TWEED, Principal.*

*Recognizance — forfeiture of — chapter 343 of 1839 — chapter 315 of 1844.*

Two means are provided under which objections and defences to a recovery upon, or enforcement of recognizances may be made and tried. First, under chapter 343 of the Laws of 1839 the court has power to order a suit to be brought upon the forfeited recognizance, for the purpose of trying questions of fact that may be urged or pleaded as a defense. (*People* v. *Quigg*, 59 N. Y., 84 [87]; *Alney* v. *Harris*, 5 T. R., 175; *Wetmore* v. *Tracey*, 14 Wend., 255.) Second, under chapter 315 of 1844 the court may order the recognizance to be forfeited and judgment to be entered thereon, all opposition and defenses being confined to the Court of Common Pleas. (See chap. 333 of 1861.)

These acts respect different remedies, and do not interfere with each other.

The Court of Oyer and Terminer is not obliged to hear objections and defenses to a forfeiture, which arise outside the record.

The judgment having been entered becomes a judgment of the Court of Common Pleas, subject to the review of that tribunal, both under the Revised Statutes (2 R. S., 486, §§ 37, 38, 39, 40) and the provisions of chapter 315 of 1844 and chapter 333 of 1861. The act of 1844 and chapter 340 of the Laws of 1839 have no connection with each other, except as they both deal with the same general subject. They have respect to different remedies, and both are valid. (*People* v. *Quigg*, 59 N. Y., 84, 87; *Alney* v. *Harris*, 5 T. R., 175; *Wetmore* v. *Tracy*, 14 Wend., 255.)

Certiorari to the Oyer and Terminer of the city and county of New York, to review proceedings had upon forfeiting recognizance of William M. Tweed, principal, and Alfred B. Sands, as surety.

*Dudley Field,* for the defendant. *Benj. K. Phelps,* district attorney, for the plaintiffs.

Opinion by Davis, P. J. Daniels and Brady, JJ., concurred.

Certiorari dismissed, with costs.

* See *People ex rel. Devlin* v. *Court of Oyer and Terminer, ante,* p. 114.